## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JADE DAHL, COURTNEY ZACHARIAH, JESSICA MOORE, and CHRISTINA MERREIGHN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF KANSAS HOSPITAL AUTHORITY d/b/a UNIVERSITY OF KANSAS HEALTH SYSTEM, LAWRENCE MEMORIAL HOSPITAL d/b/a LMH HEALTH, and EPIC SYSTEMS CORPORATION,<br><br>　　　　　Defendants. | Case No. 2:25-cv-02200-HLT-TJJ |

### ENTRY OF APPEARANCE

Blake H. Reeves of Polsinelli PC hereby enters his appearance as counsel of record for University of Kansas Hospital Authority d/b/a University of Kansas Health System in the above-styled case.

105432436.1

Respectfully submitted,

POLSINELLI PC

 /s/ Blake H. Reeves
MARK A. OLTHOFF (KS # 28410)
BLAKE H. REEVES (KS# 19688)
CATHERINE A. GREEN (KS #28440)
900 W. 48th Place, Suite 900
Kansas City, MO  64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
breeves@polsinelli.com
cgreen@polsinelli.com

**ATTORNEYS FOR DEFENDANT UNIVERSITY OF KANSAS HOSPITAL AUTHORITY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on this 20th day of August 2025.  Notice of this filing will be sent to all counsel of record by the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

 /s/ Blake H. Reeves
*Attorney for University of Kansas Hospital Authority*