### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JADE DAHL, COURTNEY ZACHARIAH, JESSICA MOORE, and CHRISTINA MERREIGHN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF KANSAS HOSPITAL AUTHORITY d/b/a UNIVERSITY OF KANSAS HEALTH SYSTEM, LAWRENCE MEMORIAL HOSPITAL d/b/a LMH HEALTH, and EPIC SYSTEMS CORPORATION,<br><br>Defendants. | Case No. 2:25-cv-02200-HLT-TJJ |

### JOINT MOTION FOR PRELIMINARY SCHEDULING ORDER

Plaintiffs Jade Dahl, Courtney Zachariah, Jessica Moore, and Christina Merreighn ("Plaintiffs") jointly with Defendants University of Kansas Hospital Authority d/b/a University of Kansas Health System ("UKHA"), Lawrence Memorial Hospital d/b/a LMH Health ("LMH Health"), and Epic Systems Corp. ("Epic") (UKHA, LMH, and Epic together, "Defendants"), by and through counsel, respectfully move the Court to enter the following briefing schedule. In support of this Motion, the Parties allege as follows:

1. Plaintiffs filed their original Complaint on April 15, 2025, (Doc. 1) and filed their First Amended Complaint on June 23, 2025 (Doc. 6).

2. Defendant LMH Health's responsive pleading deadline is August 25, 2025.

3. Defendants UKHA's and Epic's responsive pleading deadline is August 26, 2025.

2

4. Plaintiffs intend to file a Second Amended Complaint to add tort claims against LMH Health that could not be filed until a notice of claim under the Kansas Tort Claims Act was denied, which occurred on August 13, 2025. Plaintiffs' Second Amended Complaint may also include additional named Plaintiffs. Consistent with Fed. R. Civ. P. 15(a)(2), all Parties hereby give their written consent to Plaintiffs filing a Second Amended Complaint.

5. Defendants intend to file motions to dismiss. Under the current deadlines, Defendants would likely be required to file their motions to dismiss before Plaintiffs moved for leave or obtained all Parties' written consent to amend. Plaintiffs' amendment would then restart briefing on the motions and result in duplicative work and unnecessary delay.

6. In the interest of efficiency and to conserve the Court's and the Parties' resources, the Parties request that the Court enter a preliminary scheduling order as follows:

| **Event** | **Deadline** |
| --- | --- |
| Plaintiffs to File Second Amended Complaint | September 26, 2025 |
| Defendants to File Answers or Rule 12 Motions | 21 days after filing of the Second Amended Complaint |
| Plaintiffs to Respond to any Rule 12 Motions | 45 days after filing of Defendants' Answers or Rule 12 Motions |
| Defendants to Replies to any Rule 12 Oppositions | 21 days after filing of Plaintiffs' Response |

7. This is the Parties' first joint request for a briefing schedule.

8. This briefing schedule will allow Plaintiffs to finalize their Kansas Tort Claims Act allegations, add any additional Plaintiffs, and allow Defendants to fully respond to the Second Amended Complaint.

9. The Parties are not seeking this schedule to delay or for any improper purposes and, because no case management schedule is in place, this will not affect other case deadlines.

OP 4193073.3

WHEREFORE, the Parties respectfully request that the Court enter an order setting the preliminary schedule as set forth above.

Dated: August 21, 2025                                              Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**                        **SPENCER FANE LLP**

*s/ J. Austin Moore*                                                      *s/ Mark A. Cole*
J. Austin Moore, #78557                                          Mark A. Cole, #25349
Larkin E. Walsh, #21855                                         Anna G. Schuler, #29040
Benjamin J. Stueve, #28515                                    Alexis Denny, #29752
460 Nichols Rd. Suite 200                                      6201 College Boulevard, Suite 500
Kansas City, MO 64112                                          Overland Park, KS 66211
Telephone: 816-714-7100                                       Telephone: 913.345.8100
Facsimile: 816-714-7101                                         mcole@spencerfane.com
moore@stuevesiegel.com                                      aschuler@spencerfane.com
walsh@stuevesiegel.com                                       adenny@spencerfane.com
ben.stueve@stuevesiegel.com

*Attorneys for Plaintiffs*                                            *Attorneys for Defendant Lawrence Memorial Hospital d/b/a LMH Health*

**POLSINELLI PC**                                                  **QUARLES & BRADY LLP**

*s/ Mark A. Olthoff*                                                   *s/ Elizabeth Silker*
Mark A. Olthoff, # 28410                                        Elizabeth Silker, #78988
Blake H. Reeves, # 19688                                      8235 Forsyth Blvd., 10th Floor
Catherine A. Green, #28440                                   Clayton, MO 63105
900 W. 48th Place, Suite 900                                  Telephone: 314-696-51114
Kansas City, MO 64112                                          Elizabeth.silker@quarles.com
Telephone: (816) 753-1000
Facsimile: (816) 753-1536                                      *Attorneys for Defendant Epic Systems, Corp.*
molthoff@polsinelli.com
breeves@polsinelli.com
cgreen@polsinelli.com

*Attorneys for Defendant University of Kansas Hospital Authority d/b/a University of Kansas Health System*

OP 4193073.3

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2025, I electronically filed the foregoing with the Clerk of the Court, which will send notice of the electronic filing to all counsel of record.

                                      *s/ Mark A. Cole*
                                      Attorney for Defendant Lawrence Memorial Hospital d/b/a LMH Health

OP 4193073.3