IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JADE DAHL, COURTNEY ZACHARIAH, JESSICA MOORE, and CHRISTINA MERREIGHN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF KANSAS HOSPITAL AUTHORITY d/b/a UNIVERSITY OF KANSAS HEALTH SYSTEM, LAWRENCE MEMORIAL HOSPITAL d/b/a LMH HEALTH, and EPIC SYSTEMS CORPORATION,<br><br>Defendants. | Case No. 2:25-cv-02200-HLT-TJJ |

**PRELIMINARY SCHEDULING ORDER**

On August 21, 2025, the parties filed their Joint Motion for Preliminary Scheduling Order (Doc. 20). After consideration of the parties' Motion, the Court GRANTS the Motion and enters this Preliminary Scheduling Order:

| Event | Deadline |
|---|---|
| Plaintiffs to File Second Amended Complaint | September 26, 2025 |
| Defendants to File Answers or Rule 12 Motions | 21 days after filing of the Second Amended Complaint |
| Plaintiffs to Respond to any Rule 12 Motions | 45 days after filing of Defendants' Answers or Rule 12 Motions |
| Defendants to Replies to any Rule 12 Oppositions | 21 days after filing of Plaintiffs' Response |

As the Court is granting in full the schedule jointly requested by the parties, no further extensions of these deadlines should be anticipated.

2

IT IS SO ORDERED.

Dated August 22, 2025, in Kansas City, Kansas.

*Teresa J. James*
_____
Teresa J. James
U. S. Magistrate Judge

OP 4195904.1