IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JADE DAHL, COURTNEY ZACHARIAH, JESSICA MOORE, CHRISTINA MERREIGHN, BRANDIE MCBRIDE, RENEE QUINTANILLA, LORI MCSORLEY, ANGELA HAGGARD, and ERIKA TURK, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF KANSAS HOSPITAL AUTHORITY d/b/a UNIVERSITY OF KANSAS HEALTH SYSTEM, LAWRENCE MEMORIAL HOSPITAL d/b/a LMH HEALTH, and EPIC SYSTEMS CORPORATION,<br><br>  Defendants. | Case No. 2:25-cv-02200-HLT-TJJ |

**DEFENDANT EPIC SYSTEMS CORPORATION'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

Comes now Defendant Epic Systems Corporation ("Epic"), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and moves the Court for an order dismissing all claims asserted against Epic in Plaintiffs' Second Amended Class Action Complaint (ECF No. 23, hereinafter the "Second Amended Complaint" or "SAC") for: (1) failure to allege facts sufficient to support Article III standing; and/or (2) failure to allege any cause of action upon which relief can be granted.

The grounds for this motion are set forth in Defendant Epic Systems Corporation's Brief in Support of its Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, which is incorporated by reference herein.

1

Wherefore, Defendant Epic Systems Corporation respectfully requests this Court enter an order granting this motion and dismissing all claims asserted against Epic with prejudice, and for such other relief the Court deems just and proper under the circumstances.

Respectfully submitted,

QUARLES & BRADY LLP

/s/ *Elizabeth S. Silker*
Elizabeth S. Silker, #78988
8235 Forsyth Blvd., 10th Floor
Clayton, MO 63105
Elizabeth.Silker@quarles.com
Telephone: 314.696.5114

*Attorneys for Defendant Epic Systems Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 17th day of October, 2025. Notice of this filing will be sent to all counsel of record by the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

/s/ *Elizabeth S. Silker*
*Attorney for Epic Systems Corporation*