### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

**JADE DAHL, et al.,**

      **Plaintiffs,**

      **v.**

**UNIVERSITY OF KANSAS HOSPITAL AUTHORITY, et al.,**

      **Defendants.**

**Case No. 2:25-cv-02200-HLT-TJJ**

## <u>ORDER</u>

Judge James recently allowed jurisdictional discovery. Doc. 48. There are three pending motions to dismiss. Docs. 31, 32, & 33. The Court asked the parties via email whether they opposed denial of the pending motions to dismiss without prejudice to ensure a clear record because the movants would likely want to incorporate discovery. No party objected.

The Court therefore orders that:

1. Defendants' Motions to Dismiss (Docs. 31, 32, & 33) are denied without prejudice, with such motions to be refiled within thirty days of the completion of jurisdictional discovery. The page expansions previously approved will remain in effect.

2. Defendants' deadlines under Rule 12 are extended up to and including the thirtieth day following completion of the jurisdictional discovery.

3. Plaintiffs may file a consolidated opposition to Defendants' Motions to Dismiss not to exceed fifty pages.

IT IS SO ORDERED.

Dated: December 9, 2025

/s/ *Holly L. Teeter*
HOLLY L. TEETER
UNITED STATES DISTRICT JUDGE