**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

<table>
<tr><td>
JADE DAHL, COURTNEY ZACHARIAH, JESSICA MOORE, CHRISTINA MERREIGHN, BRANDIE MCBRIDE, RENEE QUINTANILLA, LORI MCSORLEY, ANGELA HAGGARD, and ERIKA TURK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF KANSAS HOSPITAL AUTHORITY d/b/a UNIVERSITY OF KANSAS HEALTH SYSTEM, LAWRENCE MEMORIAL HOSPITAL d/b/a/ LMH HEALTH, and EPIC SYSTEMS CORPORATION,<br><br>Defendants.
</td><td>Case No. 2:25-cv-02200-HLT-TJJ</td></tr>
</table>

**PARTIES' JOINT MOTION TO ADOPT STIPULATED BRIEFING SCHEDULE**
**FOR MOTIONS TO DISMISS**

The parties respectfully submit their Joint Motion to Adopt Stipulated Briefing Schedule for Motions to Dismiss ("Joint Motion"). As set forth below, the parties request that the Court enter an Order adopting the following stipulated briefing schedule for Defendants' Motions to Dismiss: (1) Defendants shall file their Motions to Dismiss on or before June 22, 2026; (2) Plaintiffs' shall file their Consolidated Opposition on or before July 22, 2026; and Defendants shall file their Replies in Support of Motions to Dismiss on or before August 5, 2026.

In support of this Motion, the parties state as follows:

1

1.      On September 26, 2025, Plaintiffs filed their Second Amended Class Action Complaint ("SAC"). (Doc. 23).

2.      On October 14, 2025, the Court granted Defendants leave to exceed the standard page limits for their Motions to Dismiss, allowing Defendants Lawrence Memorial Hospital d/b/a LMH Health ("LMH") and Epic Systems Corporation ("Epic") a total of 20 pages for each of their memoranda in support of their Motions to Dismiss and allowing Defendant University of Kansas Hospital Authority d/b/a University of Kansas Health System ("KU Health") a total of 25 pages for its memorandum in support. (Docs. 27, 29).

3.      On October 17, 2025, each Defendant filed a Motion to Dismiss the SAC. (Docs. 31, 32, 33).

4.      On November 12, 2025, Plaintiffs filed an Unopposed Motion for Limited Jurisdictional Discovery, (Doc. 36), which the Court granted on November 14, 2025. (Doc. 37).

5.      On December 5, 2025, after holding a status conference regarding jurisdictional discovery, the Court entered an order providing that "[a]ll jurisdictional discovery shall be completed by January 30, 2026" but that "if the parties do not resolve their disputes and a motion to compel jurisdictional discovery is timely filed, then the deadline for completing all jurisdictional discovery will be **60 days after the date on which the Court rules on the motion to compel**." (Doc. 48 at 3, ¶ 7 (emphasis added)).

6.      On December 9, 2025, noting that it had recently ordered a jurisdictional discovery period, the Court denied Defendants' Motions to Dismiss without prejudice. (Doc. 50). The Court granted Defendants leave to refile their Motions to Dismiss **within 30 days following completion of jurisdictional discovery** and ruled that "[t]he page expansions previously approved will remain

in effect." *Id.* The Court also granted Plaintiffs leave to "file a consolidated opposition to Defendants' Motions to Dismiss not to exceed fifty pages." *Id.*

7.  On January 21, 2026, as part of jurisdictional discovery, Plaintiffs took the deposition of Defendant KU Health's employee and corporate representative Terri Thompson. (*See* Doc. 54).

8.  On January 22, 2026, Plaintiffs filed a Motion to Compel further deposition testimony by Ms. Thompson. (Doc. 55).

9.  On April 23, 2025, the Court entered an Order on Plaintiffs' Motion to Compel, granting it in part and denying it in part. (Doc. 64). The Court ordered that Ms. Thompson's deposition be reconvened within 30 days at a mutually agreed time and location. (Doc. 64 at 25). Under the Court's prior Order setting the jurisdictional discovery schedule, this would make the deadline for completing jurisdictional discovery June 22, 2026. (*See* Doc. 48 at 3, ¶ 7). And, under the Court's prior order denying the Motions to Dismiss without prejudice, this would make Defendants' deadlines to refile their Motions to Dismiss July 22, 2026 (*See* Doc. 50).

10. On May 19, 2026, Ms. Thompson's deposition was reconvened and completed.

11. The parties have conferred and agree that jurisdictional discovery is now complete.

12. For the sake of efficiency in this matter, the parties jointly request that the Court adopt the following stipulated briefing schedule for Defendants' Motions to Dismiss:

   a. Defendants shall file their Motions to Dismiss on or before June 22, 2026, with Defendants LMH and Epic's not exceeding 20 pages in length and Defendant KU Health's not exceeding 25 pages in length;

   b. Plaintiffs shall file their Consolidated Opposition, not exceeding 50 pages in length, on or before July 22, 2026; and

3

    c.   Defendants shall file their Replies in Support of their Motions to Dismiss on or before August 12, 2026.

WHEREFORE, the parties respectfully request that the Court enter an Order adopting their stipulated briefing schedule for Defendants' Motions to Dismiss.

Dated: May 22, 2026

Respectfully submitted,

*/s/ J. Austin Moore*
J. Austin Moore (D. Kan. No. 78557)
Benjamin J. Stueve (No. 28515)
Hannah T. Sanchez (D. Kan. No. 79291)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
moore@stuevesiegel.com
ben.stueve@stuevesiegel.com
sanchez@stuevesiegel.com

*Counsel for Plaintiffs and the Class*

**POLSINELLI PC**

*/s/ Mark A. Olthoff*
Mark A. Olthoff (KS # 28410)
Blake H. Reeves (KS# 19688)
Catherine A. Green (KS #28440)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
breeves@polsinelli.com
cgreen@polsinelli.com

*Attorneys for Defendant University of Kansas Hospital Authority*

**SPENCER FANE LLP**

*/s/ Mark A. Cole*
Mark A. Cole, #25349
Anna G. Schuler, #29040
Alexis Denny, #29752
6201 College Boulevard, Suite 500
Overland Park, KS 66211
Telephone: 913.345.8100
mcole@spencerfane.com
aschuler@spencerfane.com
adenny@spencerfane.com

*Attorneys for Defendant The Lawrence Memorial Hospital d/b/a LMH Health*

**QUARLES & BRADY LLP**

*/s/ Elizabeth S. Silker*
Elizabeth S. Silker, #78988
8235 Forsyth Blvd., 10th Floor
Clayton, MO 63105
Elizabeth.Silker@quarles.com
Telephone: 314.696.5114

*Attorneys for Defendant Epic Systems Corporation*